UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES JACKSON,<br>            Plaintiff, | :<br>:<br>: |
| v. | :   No. 2:11-cv-05922<br>: |
| ZANE DAVID MEMEGER *et al.*,<br>            Defendants | :<br>: |

**O R D E R**

**AND NOW**, this 7th day of January, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The stay is **LIFTED**.

2. The Clerk of Court shall **TRANSFER** the above-captioned action to the Regular Trial List, out of the Civil Suspense Docket, and **REOPEN** the case.

3. The above-captioned action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge